**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Myers, Rocky C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Myers, Kimberly L.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Rocky Myers; AKA Rocky Carl Myers** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**See Attachment** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-5650** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-0185** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1387 Breesport Road<br>P.O. Box 118<br>Erin, NY 14838** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1387 Breesport Road<br>P.O. Box 118<br>Erin, NY 14838** |
| County of Residence or of the<br>Principal Place of Business:  **Chemung** | County of Residence or of the<br>Principal Place of Business:  **Chemung** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business   ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)                                    THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Myers, Rocky C.**<br>**Myers, Kimberly L.** | **FORM B1**, Page 2 |
|---|---|---|

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**    **/s/ Rocky C. Myers**

Signature of Debtor **Rocky C. Myers**

**X**    **/s/ Kimberly L. Myers**

Signature of Joint Debtor **Kimberly L. Myers**

Telephone Number (If not represented by attorney)

**August 26, 2005**

Date

### Signature of Attorney

**X**    **/s/ Christopher Denton, Esq.**

Signature of Attorney for Debtor(s)

**Christopher Denton, Esq.**

Printed Name of Attorney for Debtor(s)

Firm Name

**311 Lake Street**
**Elmira, NY 14901**

Address

**607-734-0661**

Telephone Number

**August 26, 2005**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X**   **/s/ Christopher Denton, Esq.**    **August 26, 2005**

Signature of Attorney for Debtor(s)    Date

**Christopher Denton, Esq.**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X**

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

In re    **Rocky C. Myers,**                                            Case No. _____
            **Kimberly L. Myers**

                                                      ,
                                              Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Joint Debtor in the last 6 years:

| | |
|---|---|
| **AKA** | **Kimberly Myers** |
| **AKA** | **Kimberly Lane Myers** |
| **AKA** | **Kim Myers** |
| **AKA** | **Kim L. Myers** |
| **AKA** | **Kim Lane Myers** |
| **FKA** | **Kimberly Johnson** |
| **FKA** | **Kimberly L. Johnson** |
| **FKA** | **Kimberly Lane Johnson** |
| **FKA** | **Kim Johnson** |
| **FKA** | **Kim L. Johnson** |
| **FKA** | **Kim Lane Johnson** |

# United States Bankruptcy Court
## Western District of New York

In re **Rocky C. Myers, Kimberly L. Myers**

Case No. _____

Debtors,

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 9,778.78 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,575.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 91,795.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,948.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,439.82 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 9,778.78 | | |
| Total Liabilities | | | | 97,370.31 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Rocky C. Myers,**
    **Kimberly L. Myers**
                                      ,
                         Debtors

Case No. _____

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property      (Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re **Rocky C. Myers,**
    **Kimberly L. Myers**

Case No. _____

                                                      ,
                                Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **H** | **25.00** |
| | | **Cash on Hand**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **W** | **25.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Share Draft Savings Account # 0000438210-1 at Corning Federal Credit Union**<br>**One Credit Union Plaza**<br>**P.O. Box 1450**<br>**Corning, New York 14830** | **J** | **255.44** |
| | | **Share Draft Checking Account # 0000438210-9 at Corning Federal Credit Union**<br>**One Credit Union Plaza**<br>**P.O. Box 1450**<br>**Corning, New York 14830** | **J** | **600.00** |
| | | **Savings Account # 0004521800 at Corning Federal Credit Union**<br>**One Credit Union Plaza**<br>**P.O. Box 1450**<br>**Corning, New York 14830** | **W** | **5.00** |
| | | **Checking Account # 114-7066-6 at USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, Texas 78288-0544** | **W** | **2.34** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Furniture, Crockery, Tableware and Cooking Utensils**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **J** | **750.00** |

| | Sub-Total > | **1,662.78** |
|---|---|---|
| | (Total of this page) | |

   **5**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Rocky C. Myers,** Case No. _____
 **Kimberly L. Myers**
_____,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **35" Television - 3 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 100.00 |
| | | **1 DVD Player / Surround Sound System - 2 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 60.00 |
| | | **1 Microwave - 2 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 20.00 |
| | | **1 Stereo with Radio - 7 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | H | 40.00 |
| | | **1 Sterio with Radio - 11 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | W | 25.00 |
| | | **1 Vacuum Cleaner**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 10.00 |
| | | **Knick Knacks**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 60.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **20-25 Various CD's**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 10.00 |
| | | **5-10 Various DVD's** | J | 5.00 |
| | | **5-10 Various VHS Tapes**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 5.00 |
| | | **Family Pictures**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 50.00 |
| | | **15-20 Various School Books**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | W | 25.00 |

Sub-Total > **410.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re **Rocky C. Myers,**
**Kimberly L. Myers**

Case No. _____

,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **0-5 Various Books**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **J** | **5.00** |
| 6. Wearing apparel. | | **Wearing Apparel**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **H** | **175.00** |
| | | **Wearing Apparel**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **W** | **200.00** |
| 7. Furs and jewelry. | | **Mens Bulova Stainless Watch**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **H** | **50.00** |
| | | **14-K Anchor Link Chain**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **H** | **254.00** |
| | | **14-K Link Bracelet**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **H** | **65.00** |
| | | **14-K Mens Diamond Wedding Band**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **H** | **350.00** |
| | | **Sterling Dome Ring**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **W** | **2.00** |
| | | **14-K Invisible Pendant Platinum Chain**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **W** | **150.00** |
| | | **14-K Diamond Wedding Band**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( See Appraisal )** | **W** | **65.00** |

Sub-Total > **1,316.00**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re    **Rocky C. Myers,**
         **Kimberly L. Myers**

Case No. _____

_____ ,
                    Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Diamond Engagement Ring Platinum  Cubic Zirconia** **Location: 1387 Breesport Road P.O. Box 118, Erin NY** **( See Appraisal )** | W | 575.00 |
| | | **Guess Watch Stainless** **Location: 1387 Breesport Road P.O. Box 118, Erin NY** **( See Appraisal )** | W | 10.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 Video Camera - 3 Years Old** **Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 125.00 |
| | | **1 Digital Camera - 1 Year Old** **Location: 1387 Breesport Road P.O. Box 118, Erin NY** | J | 50.00 |
| | | **4 Softball Bats & 1 Glove** **Location: 1387 Breesport Road P.O. Box 118, Erin NY** | H | 125.00 |
| | | **1 Men's Mountain Bike - 10 Years Old** **Location: 1387 Breesport Road P.O. Box 118, Erin NY** | H | 25.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |

|  | Sub-Total > | 910.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Rocky C. Myers,**
      **Kimberly L. Myers**
                                                            Case No. _____
                                                        ,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1995 Honda Accord VIN# 1HGCE6645SA009786 Mileage - 103,000** | **H** | **5,250.00** |

| | Sub-Total > (Total of this page) | **5,250.00** |
|---|---|---|

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re **Rocky C. Myers,**            Case No. _____
     **Kimberly L. Myers**

_____ ,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | **1 Set of Luggage - 2 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **J** | **75.00** |
| | | **Various Hand Tools**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY**<br>**( Debtor is a Machine Operator )** | **H** | **125.00** |
| | | **1 Nokia Prepaid Cell Phone**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **W** | **30.00** |

Sub-Total >      **230.00**
(Total of this page)
Total >      **9,778.78**

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re    **Rocky C. Myers,**                            Case No. _____

           **Kimberly L. Myers**

                                  ,

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| **Cash on Hand**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **Debtor & Creditor Law § 283(2)** | **25.00** | **25.00** |
| **Cash on Hand**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **Debtor & Creditor Law § 283(2)** | **25.00** | **25.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Share Draft Savings Account # 0000438210-1 at Corning Federal Credit Union**<br>**One Credit Union Plaza**<br>**P.O. Box 1450**<br>**Corning, New York 14830** | **Debtor & Creditor Law § 283(2)** | **255.44** | **255.44** |
| **Share Draft Checking Account # 0000438210-9 at Corning Federal Credit Union**<br>**One Credit Union Plaza**<br>**P.O. Box 1450**<br>**Corning, New York 14830** | **Debtor & Creditor Law § 283(2)** | **600.00** | **600.00** |
| **Savings Account # 0004521800 at Corning Federal Credit Union**<br>**One Credit Union Plaza**<br>**P.O. Box 1450**<br>**Corning, New York 14830** | **Debtor & Creditor Law § 283(2)** | **5.00** | **5.00** |
| **Checking Account # 114-7066-6 at USAA Federal Savings Bank**<br>**10750 McDermott Freeway**<br>**San Antonio, Texas 78288-0544** | **Debtor & Creditor Law § 283(2)** | **2.34** | **2.34** |
| **Household Goods and Furnishings** | | | |
| **Household Furniture, Crockery, Tableware and Cooking Utensils**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **NYCPLR § 5205(a)(5)** | **750.00** | **750.00** |
| **35" Television - 3 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **NYCPLR § 5205(a)(5)** | **100.00** | **100.00** |
| **1 Microwave - 2 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118, Erin NY** | **NYCPLR § 5205(a)(5)** | **20.00** | **20.00** |

__1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re **Rocky C. Myers,**
　　**Kimberly L. Myers**

Case No. _____

_____ ,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **1 Stereo with Radio - 7 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY** | **NYCPLR § 5205(a)(5)** | **40.00** | **40.00** |
| **1 Sterio with Radio - 11 Years Old**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY** | **NYCPLR § 5205(a)(5)** | **25.00** | **25.00** |
| <u>**Books, Pictures and Other Art Objects; Collectibles**</u><br>**Family Pictures**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY** | **NYCPLR § 5205(a)(2)** | **50.00** | **50.00** |
| **15-20 Various School Books**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY** | **NYCPLR § 5205(a)(2)** | **25.00** | **25.00** |
| <u>**Wearing Apparel**</u><br>**Wearing Apparel**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY** | **NYCPLR § 5205(a)(5)** | **175.00** | **175.00** |
| **Wearing Apparel**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY** | **NYCPLR § 5205(a)(5)** | **200.00** | **200.00** |
| <u>**Furs and Jewelry**</u><br>**Mens Bulova Stainless Watch**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY**<br>**( See Appraisal )** | **NYCPLR § 5205(a)(6)** | **50.00** | **50.00** |
| **14-K Mens Diamond Wedding Band**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY**<br>**( See Appraisal )** | **NYCPLR § 5205(a)(6)** | **350.00** | **350.00** |
| **14-K Diamond Wedding Band**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY**<br>**( See Appraisal )** | **NYCPLR § 5205(a)(6)** | **65.00** | **65.00** |
| **Guess Watch Stainless**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY**<br>**( See Appraisal )** | **NYCPLR § 5205(a)(6)** | **10.00** | **10.00** |
| <u>**Other Personal Property of Any Kind Not Already Listed**</u><br>**Various Hand Tools**<br>**Location: 1387 Breesport Road P.O. Box 118,**<br>**Erin NY**<br>**( Debtor is a Machine Operator )** | **NYCPLR § 5205(a)(7)** | **125.00** | **125.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Rocky C. Myers,**
          **Kimberly L. Myers**                                      Case No. _____

_____ ,
                                           Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx8520** <br><br> **Citizen RI** <br> **1 Citizens Drive** <br> **Riverside, RI 02915** | | H | **October 2000** <br><br> **Auto Loan** <br><br> **1995 Honda Accord** <br> **VIN# 1HGCE6645SA009786** <br> **Mileage - 103,000** <br> Value $            **5,250.00** | | | | **5,575.00** | **325.00** |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| **0**___ continuation sheets attached | Subtotal <br> (Total of this page) | **5,575.00** |
| | Total <br> (Report on Summary of Schedules) | **5,575.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6E
(04/05)

In re    **Rocky C. Myers,**                                Case No. _____
           **Kimberly L. Myers**

_____ ,
                                       Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

      A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

      If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

      Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

      Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

      Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

      Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

  *Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6F
(12/03)

In re   **Rocky C. Myers,**                                     Case No. _____

       **Kimberly L. Myers**

_____,
                                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Albert Menner, MD**<br>**Suite 102**<br>**571 East Market Street**<br>**Elmira, NY 14901** | | J | **May 2004**<br>**Medical Services Rendered** | | | | 17.21 |
| Account No. **xxxx4218**<br><br>**Arnot Ogden Medical Center**<br>**600 Roe Avenue**<br>**Elmira, NY 14901** | | J | **June 21, 2004**<br>**Medical Services Rendered** | | | | 7.23 |
| Account No. **xxxx9896**<br><br>**Arnot Ogden Medical Center**<br>**600 Roe Avenue**<br>**Elmira, NY 14901** | | J | **October 1, 2003**<br>**Medical Services Rendered** | | | | 391.31 |
| Account No. **xxxx9902**<br><br>**Arnot Ogden Medical Center**<br>**600 Roe Avenue**<br>**Elmira, NY 14901** | | J | **October 1, 2003**<br>**Medical Services Rendered** | | | | 212.55 |

  **10**  continuation sheets attached

Subtotal
(Total of this page)    **628.30**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 S/N:31278-050728    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Rocky C. Myers,**                          Case No. _____
        **Kimberly L. Myers**

_____ ,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-1982** <br><br> **Capital One** <br> **P.O. Box 85520** <br> **Richmond, VA 23285** | | H | **November 2003 to December 2004** <br> **Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | 580.54 |
| Account No. **xxxxxxxx8393** <br><br> **Capital One** <br> **P.O. Box 85520** <br> **Richmond, VA 23285** | | W | **January 2003 to January 2004** <br> **Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | 332.00 |
| Account No. **xxxxxxx xx0365** <br><br> **CBUSA Sears** <br> **P.O. Box 6189** <br> **Sioux Falls, SD 57117** | | J | **October 2002 to December 2003** <br> **Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | 3,989.34 |
| Account No. **xxxxxxxxxxx23-70** <br><br> **CitiBank** <br> **P.O. Box 6615** <br> **The Lakes, NV 88901** | X | J | **October 2003** <br> **Student Loan** | | | | 5,557.00 |
| Account No. **xxxxxxxxxxx23-70** <br><br> **CitiBank** <br> **P.O. Box 6615** <br> **The Lakes, NV 88901** | | W | **October 2003** <br> **Student Loan** | | | | 2,796.00 |

Sheet no. **1** of **10** sheets attached to Schedule of                   Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)      **13,254.88**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Rocky C. Myers,**
      **Kimberly L. Myers**                        Case No. _____

                                      Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7714** <br><br> **Discover Financial** <br> **P.O. Box 15316** <br> **Wilmington, DE 19850** | | H | **May 2000 to March 2005** <br> **Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | **1,503.00** |
| Account No. **xxxxx2601** <br><br> **Elmira Savings Bank** <br> **333 West Water Street** <br> **Elmira, NY 14902-0327** | | H | **October 2002** <br> **Personal Loan** | | | | **2,003.00** |
| Account No. **xxxxx6301** <br><br> **Elmira Savings Bank** <br> **333 West Water Street** <br> **Elmira, NY 14902-0327** | | W | **May 2004** <br> **Personal Loan** | | | | **1,909.00** |
| Account No. **xxxxH-xxxxxx8096** <br><br> **Elmira Savings Bank** <br> **333 West Water Street** <br> **Elmira, NY 14902-0327** | | J | **October 2000** <br> **Overdraft Protection** | | | | **434.55** |
| Account No. **xxx-xxx-686-0** <br><br> **GEMB / JcPenny** <br> **P.O. Box 984100** <br> **El Paso, TX 79998** | | H | **December 2003** <br> **Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | **273.00** |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal <br> (Total of this page)      **6,122.55**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Rocky C. Myers,**                          Case No. _____
        **Kimberly L. Myers**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7078**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **March 13, 2003**<br>**Medical Services Rendered** | | | | 45.00 |
| Account No. **xxxxxx0551**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **March 21, 2003**<br>**Medical Services Rendered** | | | | 124.00 |
| Account No. **xxxxxx2079**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **March 21, 2003**<br>**Medical Services Rendered** | | | | 9.00 |
| Account No. **xxxxxx5988**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **May 9, 2003**<br>**Medical Services Rendered** | | | | 254.00 |
| Account No. **xxxxxx5989**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **May 9, 2003**<br>**Medical Services Rendered** | | | | 176.00 |

Sheet no. __**3**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                         (Total of this page)      **608.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Rocky C. Myers,**
       **Kimberly L. Myers**

Case No. _____

_____ ,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0409**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **May 23, 2003**<br>**Medical Services Rendered** | | | | 265.00 |
| Account No. **xxxxxx6018**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **April 4, 2003**<br>**Medical Services Rendered** | | | | 247.66 |
| Account No. **xxxxxx2518**<br><br>Guthrie Clinic Ltd.<br>Guthrie Medical Group, P.C.<br>One Guthrie Square<br>Sayre, PA 18840-1699 | | W | **May 3, 2004**<br>**Medical Services Rendered** | | | | 11.36 |
| Account No. **xxxx-xxxx-xxxx-7440**<br><br>HSBC / Best Buy<br>P.O. Box 15519<br>Wilmington, DE 19850 | | H | **December 2003**<br>**Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | 777.00 |
| Account No. **xxxxxxxxxx4272**<br><br>Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333 | | H | **December 2000 to June 2003**<br>**Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | 2,806.00 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,107.02**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re  **Rocky C. Myers,**
 **Kimberly L. Myers**

Case No. _____

_____ ,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx2378** <br><br>**Kay Jewelers**<br>**375 Ghent Road**<br>**Akron, OH 44333** | | J | **February 2001 to June 2003**<br>**Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | **782.00** |
| Account No. **2927** <br><br>**Michael Cilip, MD**<br>**600 Ivy Street**<br>**Elmira, NY 14905** | | W | **January 8, 2004**<br>**Medical Services Rendered** | | | | **56.38** |
| Account No. **3231** <br><br>**Michael Cilip, MD**<br>**600 Ivy Street**<br>**Elmira, NY 14905** | | H | **May 5, 2004**<br>**Medical Services Rendered** | | | | **16.92** |
| Account No. **3231** <br><br>**Michael Cilip, MD**<br>**600 Ivy Street**<br>**Elmira, NY 14905** | | H | **April 19, 2004**<br>**Medical Services Rendered** | | | | **11.28** |
| Account No. **3231** <br><br>**Michael Cilip, MD**<br>**600 Ivy Street**<br>**Elmira, NY 14905** | | H | **March 22, 2004**<br>**Medical Services Rendered** | | | | **56.38** |

Sheet no. __5__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**922.96**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Rocky C. Myers,**
         **Kimberly L. Myers**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3231**<br><br>**Michael Cilip, MD**<br>**600 Ivy Street**<br>**Elmira, NY 14905** | | H | **August 9, 2004**<br>**Medical Services Rendered** | | | | 5.64 |
| Account No. **3231**<br><br>**Michael Cilip, MD**<br>**600 Ivy Street**<br>**Elmira, NY 14905** | | H | **February 7, 2005**<br>**Medical Services Rendered** | | | | 56.81 |
| Account No. **x1571**<br><br>**Neurology Associates, LLP**<br>**56 East First Street**<br>**Suite 101**<br>**Corning, NY 14830** | | J | **June 2004**<br>**Medical Services Rendered** | | | | 57.96 |
| Account No. **x2244**<br><br>**Oral Maxillofacial Services**<br>**451 West Church Street**<br>**Elmira, NY 14901** | | J | **October 23, 2003**<br>**Medical Services Rendered** | | | | 351.24 |
| Account No. **xxxxx2832**<br><br>**Pediatrix - Obstetrix**<br>**Medical Group 1**<br>**P.O. Box 559004 HW**<br>**Fort Lauderdale, FL 33355** | | W | **Julu 2004**<br>**Medical Services Rendered** | | | | 9.87 |

Sheet no. __**6**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

481.52

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Rocky C. Myers,**
     **Kimberly L. Myers**
                                               ,
                                           Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **JOHNKx7934** <br><br> **Raymour & Flanigan Furniture** <br> **P.O. Box 10475** <br> **Des Moines, IA 50306** | | J | **February 2002** <br> **Furniture - Judgment was entered on June 10, 2005 and recorded in the Chemung County Clerk's Office in the amount of $2,933.00 and an Income Execution was also enforced.** | | | | **2,933.00** |
| Account No. **xx2600** <br><br> **Robert Bellohusen** <br> **217 Steuben Street** <br> **Horseheads, NY 14845** | | J | **September 2004** <br> **Services Rendered** | | | | **85.00** |
| Account No. **xxxxxxxxx1076** <br><br> **Sallie Mae 3rd Party LSC** <br> **1002 Arthur Drive** <br> **Lynn Haven, FL 32444** | | W | **April 2003** <br> **Student Loan** | | | | **5,547.00** |
| Account No. **xxxxxxxxx1046** <br><br> **Sallie Mae 3rd Party LSC** <br> **1002 Arthur Drive** <br> **Lynn Haven, FL 32444** | | W | **November 2000** <br> **Student Loan** | | | | **2,894.00** |
| Account No. **xxxxxxxxx1026** <br><br> **Sallie Mae 3rd Party LSC** <br> **1002 Arthur Drive** <br> **Lynn Haven, FL 32444** | | W | **September 1999** <br> **Student Loan** | | | | **2,707.00** |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **14,166.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Rocky C. Myers,**
         **Kimberly L. Myers**                                      Case No. _____

_____ ,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1016**<br><br>**Sallie Mae 3rd Party LSC**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | W | **September 1998**<br>**Student Loan** | | | | 2,289.00 |
| Account No. **xxxxxxxx1056**<br><br>**Sallie Mae 3rd Party LSC**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | W | **December 2001**<br>**Student Loan** | | | | 2,066.00 |
| Account No. **xxxxxxxx1016**<br><br>**Sallie Mae 3rd Party LSC**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | H | **October 1998**<br>**Student Loan** | | | | 1,919.00 |
| Account No. **xxxxxxxx1026**<br><br>**Sallie Mae 3rd Party LSC**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | H | **October 1999**<br>**Student Loan** | | | | 1,919.00 |
| Account No. **xxxxxxxx1066**<br><br>**Sallie Mae 3rd Party LSC**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | W | **December 2001**<br>**Student Loan** | | | | 1,573.00 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        9,766.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Rocky C. Myers,**                                           Case No. _____
       **Kimberly L. Myers**

                                                ,
                                             Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1036**<br><br>**Sallie Mae 3rd Party LSC**<br>**1002 Arthur Drive**<br>**Lynn Haven, FL 32444** | | W | **November 2000**<br>**Student Loan** | | | | 1,027.00 |
| Account No. **x3664**<br><br>**Southern Tier Pediatrics**<br>**302 Hoffman Street**<br>**Elmira, NY 14905** | | J | **March 2002 to July 2004**<br>**Medical Services Rendered** | | | | 1,372.51 |
| Account No. **x9367**<br><br>**Twin Tier Women's Health**<br>**1005 Walnut Street**<br>**Elmira, NY 14901** | | J | **October 1, 2003**<br>**Medical Services Rendered** | | | | 426.71 |
| Account No. **xxxx-xxxx-xxxx-1048**<br><br>**USAA SB**<br>**P.O. Box 47504**<br>**San Antonio, TX 78265** | | W | **November 1999 to December 2003**<br>**Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | 1,360.00 |
| Account No. **xxxxx4748**<br><br>**Verizon Wireless Bankruptcy Department**<br>**P.O. Box 3397**<br>**Bloomington, IL 61702** | | J | **May 2004**<br>**Services Rendered** | | | | 925.86 |

Sheet no. __**9**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                             (Total of this page)      **5,112.08**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Rocky C. Myers,**
    **Kimberly L. Myers**

Case No. _____

_____ ,
                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxx7010**<br><br>**Wells Fargo Financial Acceptance<br>1 International Plaza, Suite 300<br>Philadelphia, PA 19113-1510** | | W | **May 2004<br>Repossessed 2002 Mercury Sable<br>VIN# 1MEFM55822A603341** | | | | **13,950.00** |
| Account No. **xxxxxxxxxxxxx7863**<br><br>**WFNNB / Express<br>P.O. Box 330066<br>Denver, CO 80233** | | W | **August 2000 to February 2003<br>Store Purchases, Cash Advances, Living Expenses, Late Fees and Interest** | | | | **1,366.00** |
| Account No. **xxxxxxxx0505**<br><br>**WFS Financial, Inc.<br>Att: Correspondence<br>P.O. Box 168048<br>Irving, TX 75016** | | H | **October 2003<br>Repossessed 2002 Ford Explorer<br>VIN# 1FMZU73K72UD09425** | | | | **21,310.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **36,626.00** |
| Total<br>(Report on Summary of Schedules) | **91,795.31** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re **Rocky C. Myers,**
 **Kimberly L. Myers**
_____,
Debtors

Case No. _____

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Donald & Judith Johnson**<br>**1387 Breesport Road**<br>**P.O. Box 118**<br>**Erin, NY 14838** | **Verbal month to month lease with a 30 day notice clause for a 2 rooms located at 1387 Breesport Road, Elmira, Erin, New York 14838.** |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Rocky C. Myers,**
 **Kimberly L. Myers**

Case No. _____

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Donald Johnson**<br>**1387 Breesport Road**<br>**P.O. Box 118**<br>**Erin, NY 14838** | **CitiBank**<br>**P.O. Box 6615**<br>**The Lakes, NV 88901** |

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Rocky C. Myers**
      **Kimberly L. Myers**                                Case No. _____
                                   Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **2** |
| | **Son** | **3** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Machine Operator** | **Unemployed** |
| Name of Employer | **Anchor Glass** | |
| How long employed | **4 Years** | |
| Address of Employer | **151 East McCanns Blvd.** **Elmira Heights, NY 14903** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **3,292.80** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **3,292.80** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **413.08** | $ **0.00** |
| b. Insurance | $ **72.00** | $ **0.00** |
| c. Union dues | $ **45.51** | $ **0.00** |
| d. Other (Specify)   **Laundry** | $ **14.96** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **545.55** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **2,747.25** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify)   **Mary Kay Cosmetics Commission** | $ **0.00** | $ **201.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **2,747.25** | $ **201.00** |

TOTAL COMBINED MONTHLY INCOME      $         **2,948.25**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Rocky C. Myers**
   **Kimberly L. Myers**                              Case No. _____

                                Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | | | |
|---|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | | $ | 350.00 |
| Are real estate taxes included? | Yes ___ | No **X** | | | |
| Is property insurance included? | Yes ___ | No **X** | | | |
| Utilities: Electricity and heating fuel | | | | $ | 125.00 |
| Water and sewer | | | | $ | 0.00 |
| Telephone | | | | $ | 0.00 |
| Other **Cable, Internet & Digital Phone** | | | | $ | 154.67 |
| Home maintenance (repairs and upkeep) | | | | $ | 50.00 |
| Food | | | | $ | 600.00 |
| Clothing | | | | $ | 100.00 |
| Laundry and dry cleaning | | | | $ | 55.00 |
| Medical and dental expenses | | | | $ | 125.00 |
| Transportation (not including car payments) | | | | $ | 165.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | | $ | 50.00 |
| Charitable contributions | | | | $ | 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | | |
| Homeowner's or renter's | | | | $ | 33.33 |
| Life | | | | $ | 0.00 |
| Health | | | | $ | 0.00 |
| Auto | | | | $ | 69.92 |
| Other | | | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | | |
| (Specify) | | | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | | | |
| Auto | | | | $ | 314.40 |
| Other | | | | $ | 0.00 |
| Other | | | | $ | 0.00 |
| Other | | | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | | $ | 0.00 |
| Other **See Detailed Expense Attachment** | | | | $ | 1,227.50 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | | | $ | 3,439.82 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---|
| A. | Total projected monthly income | $ | N/A |
| B. | Total projected monthly expenses | $ | N/A |
| C. | Excess income (A minus B) | $ | N/A |
| D. | Total amount to be paid into plan each _____ | $ | N/A |
| |                  (interval) | | |

In re   **Rocky C. Myers**
      **Kimberly L. Myers**                                     Case No. _____

Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---:|
| Cell Phones | $ | 60.00 |
| Day Care for Two Children | $ | 250.00 |
| Infant & Toddler Supplies | $ | 225.00 |
| Childrens Well Child Care & Shots | $ | 120.00 |
| Prescription Meds for Migraine | $ | 25.00 |
| Allergy Medication | $ | 75.00 |
| Birth Control | $ | 37.50 |
| Debtor's Student Loans | $ | 55.00 |
| Co-Debtor's Student Loans | $ | 304.00 |
| Storage Rental | $ | 76.00 |
| **Total Other Expenditures** | $ | **1,227.50** |

# United States Bankruptcy Court
### Western District of New York

In re   **Rocky C. Myers**
**Kimberly L. Myers**

                Debtor(s)

Case No. _____

Chapter   **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**28**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 26, 2005** _____      Signature   **/s/ Rocky C. Myers** _____
                                                     **Rocky C. Myers**
                                                     Debtor

Date   **August 26, 2005** _____      Signature   **/s/ Kimberly L. Myers** _____
                                                       **Kimberly L. Myers**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form 7
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re **Rocky C. Myers**
**Kimberly L. Myers**

Case No. _____

Debtor(s)

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$27,146.40** | **2005 YTD Joint Gross Employment Income** |
| **$59,094.00** | **2004 Joint Gross Employment Income** |
| **$54,915.00** | **2003 Joint Gross Employment Income** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

**3. Payments to creditors**

None ■ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Raymour & Flanigan Furniture Co., Inc. vs. Kimberly L. & Rocky C. Myers Index No. 2005 / 1904** | **Civil Action** | **Chemung County Court State of New York** | **Judgment was entered on June 10, 2005 and recorded in the Chemung County Clerk's Office in the amount of $2,933.00 and an Income Execution was also enforced.** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **WFS Financial, Inc. Att: Correspondence P.O. Box 168048 Irving, TX 75016** | **August 2005** | **2002 Ford Explorer VIN# 1FMZU73K72UD09425** |
| **Wells Fargo Financial Acceptance 1 International Plaza, Suite 300 Philadelphia, PA 19113-1510** | **June 2005** | **2002 Mercury Sable VIN# 1MEFM55822A603341** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Christopher Denton, Esq.** <br> **311 Lake Street** <br> **Elmira, NY 14901** | **August 2005** | **Bankruptcy Court Filing Fee - $209.00** <br> **Attorney Fees - $800.00** |

### 10. Other transfers

None
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS         DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME         ADDRESS         DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME         ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS         DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR         DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS         NATURE OF INTEREST         PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS         TITLE         NATURE AND PERCENTAGE OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,        DATE AND PURPOSE        AMOUNT OF MONEY
OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR        OF WITHDRAWAL        VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **August 26, 2005**        Signature **/s/ Rocky C. Myers**
**Rocky C. Myers**
Debtor

Date **August 26, 2005**        Signature **/s/ Kimberly L. Myers**
**Kimberly L. Myers**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re    **Rocky C. Myers**
**Kimberly L. Myers**
                            Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a. Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| **-NONE-** | |

    *b. Property to Be Retained*                    *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **1995 Honda Accord**<br>**VIN# 1HGCE6645SA009786**<br>**Mileage - 103,000** | **Citizen RI** | | **Debtor will retain collateral and continue to make regular payments.** | |

Date    **August 26, 2005**                  Signature    **/s/ Rocky C. Myers**
                                                      **Rocky C. Myers**
                                                      Debtor

Date    **August 26, 2005**                  Signature    **/s/ Kimberly L. Myers**
                                                       **Kimberly L. Myers**
                                                      Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re **Rocky C. Myers Kimberly L. Myers**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................... $ **800.00**

   Prior to the filing of this statement I have received ....................................... $ **800.00**

   Balance Due ................................................................................................... $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 26, 2005**

**/s/ Christopher Denton, Esq.**
**Christopher Denton, Esq.**

**311 Lake Street**
**Elmira, NY 14901**
**607-734-0661**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of New York

In re    **Rocky C. Myers**
       **Kimberly L. Myers**                        Case No. _____

                         Debtor(s)          Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **August 26, 2005**               **/s/ Rocky C. Myers**
                                      **Rocky C. Myers**
                                      Signature of Debtor

Date:    **August 26, 2005**               **/s/ Kimberly L. Myers**
                                        **Kimberly L. Myers**
                                      Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Alan M. Brickman, Esq.
Index No. 2005/1904 Raymour vs. Myers
701 State Tower Building
Syracuse, NY 13202


Albert Menner, MD
Suite 102
571 East Market Street
Elmira, NY 14901


Arnot Ogden Medical Center
600 Roe Avenue
Elmira, NY 14901


Capital One
P.O. Box 85520
Richmond, VA 23285


CBUSA Sears
P.O. Box 6189
Sioux Falls, SD 57117


Chemung Counrty Sheriff's Department
Attention: Barb - Civil Process Division
Re: 05-0000466 - Raymo vs. Myers
203 William Street
Elmira, NY 14902-0588


CitiBank
P.O. Box 6615
The Lakes, NV 88901


Citizen RI
1 Citizens Drive
Riverside, RI 02915


Collection Company of America
Ref. No. 21366512
P.O. Box 329
Norwell, MA 02061-0329


Credit Collection Services
Ref. No. 09 000211797
Two Wells Avenue
Newton Center, MA 02459

Credit Collection Services
Ref. No. 969536
319 W. Water Street
Elmira, NY 14901

Credit Collection Services
Ref. No. 955432
319 W. Water Street
Elmira, NY 14901

Discover Financial
P.O. Box 15316
Wilmington, DE 19850

Elmira Savings Bank
333 West Water Street
Elmira, NY 14902-0327

Equifax Consumer Relations
Bankruptcy Department
P.O. BOX 740241
Atlanta, GA 30374

Experian Consumer Relations
Bankruptcy Department
P.O. Box 2002
Allen, TX 75013

GEMB / JcPenny
P.O. Box 984100
El Paso, TX 79998

Guthrie Clinic Ltd.
Guthrie Medical Group, P.C.
One Guthrie Square
Sayre, PA 18840-1699

HSBC / Best Buy
P.O. Box 15519
Wilmington, DE 19850

Kay Jewelers
375 Ghent Road
Akron, OH 44333

Michael Cilip, MD
600 Ivy Street
Elmira, NY 14905


NCC Business Services, Inc.
3733 University Blvd.
West Suite 300
Jacksonville, FL 32217


Neurology Associates, LLP
56 East First Street
Suite 101
Corning, NY 14830


Northland Group Inc.
Northland Account No.F8963291
P.O. Box 390905
Minneapolis, MN 55439


Oral Maxillofacial Services
451 West Church Street
Elmira, NY 14901


Pediatrix - Obstetrix
Medical Group 1
P.O. Box 559004 HW
Fort Lauderdale, FL 33355


Raymour & Flanigan Furniture
P.O. Box 10475
Des Moines, IA 50306


Robert Bellohusen
217 Steuben Street
Horseheads, NY 14845


Sallie Mae 3rd Party LSC
1002 Arthur Drive
Lynn Haven, FL 32444


Southern Tier Health Care Credit
Ref. No. 121781
225 W. Water Street
Elmira, NY 14901

Southern Tier Health Care Credit
Ref. No. 233534
225 W. Water Street
Elmira, NY 14901


Southern Tier Health Care Credit
Ref. No. 248425
225 W. Water Street
Elmira, NY 14901


Southern Tier Health Care Credit
Ref. No. 248426
225 W. Water Street
Elmira, NY 14901


Southern Tier Health Care Credit
Ref. No. 253187
225 W. Water Street
Elmira, NY 14901


Southern Tier Pediatrics
302 Hoffman Street
Elmira, NY 14905


TransUnion Consumer Relations
Bankruptcy Department
Post Office Box 1000
Crum Lynne, PA 19022


Transworl Systems Inc.
Ref. No. 3608H-0506078096
560 Commons Park Drive
East Syracuse, NY 13057


Twin Tier Women's Health
1005 Walnut Street
Elmira, NY 14901


USAA SB
P.O. Box 47504
San Antonio, TX 78265


Verizon Wireless Bankruptcy Department
P.O. Box 3397
Bloomington, IL 61702

Wells Fargo Financial Acceptance
1 International Plaza, Suite 300
Philadelphia, PA 19113-1510


WFFINACCPT
Ref. No. 7897010
P.O. Box 10475
Des Moines, IA 50306


WFNNB / Express
P.O. Box 330066
Denver, CO 80233


WFS Financial, Inc.
Att: Correspondence
P.O. Box 168048
Irving, TX 75016


WFS Financial, Inc.
Ref. No. 518110010505
P.O. Box 19752
Irvine, CA 92623